IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VANESSA HUGHES, | ) |
| | ) |
| Plaintiff, | )        4:04CV3368 |
| | ) |
| v. | ) |
| | ) |
| FURNITURE ON CONSIGNMENT, INC., | )        ORDER |
| | ) |
| Defendant. | ) |

    There has been no response to my order of February 9, 2005, filing 7.

    IT THEREFORE HEREBY IS RECOMMENDED, to the Honorable Richard G. Kopf, United States District Judge, that this case be dismissed for failure to abide by the court's orders and for failure to prosecute as provided in Fed. R. Civ. P. 41(b) and NECivR 41.1.

    DATED this 25th day of March, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge