```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

VANESSA HUGHES,                )
                               )
          Plaintiff,           )         4:04CV3368
                               )
     v.                        )
                               )
FURNITURE ON CONSIGNMENT,      )           ORDER
INC.,                          )
                               )
          Defendant.           )
                               )
```

IT IS ORDERED:

Defendant's unopposed oral motion for continuance is granted and the Rule 16 telephone planning conference is continued from today to June 21, 2005 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 14th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge