```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| VANESSA HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3368 |
| | ) | |
| v. | ) | |
| | ) | |
| FURNITURE ON CONSIGNMENT, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The Rule 16 telephone planning conference that was previously set for June 21 is rescheduled to July 18, 2005 at 9:00 a.m. Plaintiff's counsel shall place the call.

DATED this 15th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge