IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VANESSA HUGHES, | ) | 4:04CV3368 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| FURNITURE ON CONSIGNMENT, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

The jury rendered a verdict in favor of the plaintiff on the hostile work environment claim and awarded her $2,500 in damages. The jury found for the defendant on the plaintiff's other claims. Therefore,

IT IS ORDERED that:

(1) Judgment shall be withheld until further order of the court.

(2) If plaintiff desires to file an application for attorney's fees, the application must be filed with supporting materials and briefs no later than Monday, November 21, 2005. The defendant may file responsive materials, including a brief, no later than Wednesday, November 30, 2005.

November 10, 2005.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge